UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. MURILLO,

    Petitioner,

v.                                         Case No. 12-13705

J. WALTON,

    Respondent.
                                         /

**JUDGMENT**

In accord with the court's "Opinion and Order," dated October 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, J. Walton, and against Petitioner, Robert J. Murillo.

Dated at Detroit, Michigan, this 31st day of October, 2012.

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                        BY: S/Lisa Wagner
                                               Lisa Wagner, Deputy Clerk
                                               and Case Manager to
                                               Judge Robert H. Cleland